# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHESAPEAKE APPALACHIA, L.L.C., | : | 4:14-CV-0620 |
| | : | |
| Plaintiff, | : | (Judge Brann) |
| v. | : | |
| | : | |
| SCOUT PETROLEUM, LLC, and SCOUT PETROLEUM II, LP, | : | |
| | : | |
| Defendants. | : | |

**ORDER**

APRIL 28, 2017

In accordance with the memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Motion for Summary Judgment on Count II is GRANTED. January 10, 2017, ECF No. 85.

2. Defendants' Motion to Dismiss Count II is DENIED. January 10, 2017, ECF No. 83.

3. Final Judgment is entered in favor of Plaintiff and against Defendants.

4. The Clerk is directed to close the case file.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge